# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GILBERT C. SULLIVAN, JR.,<br>                Plaintiff<br>v.<br><br>VESSEL: Andy Lynn IV – Official Number 991186;<br>VESSEL: Andy Lynn V – Official Number 1029251;<br>VESSEL: Andy Lynn VI – Official Number 503153;<br>ANDY LYNN BOATS, INC.;<br>A.L. OCEAN SERVICES, LLC;<br>ANDREW J. COSTA;<br>EASTERN BANK; and<br>MAYFLOWER CO-OPERATIVE BANK,<br>                Defendants | C.A. No. 1:09-CV-11521-DPW |

## ORDER CONFIRMING SALE OF VESSELS AND PAYMENT OF FEES IN CUSTODIA LEGIS

This Court has reviewed the Motion to Confirm Interlocutory Sale of Defendant Vessels, filed by plaintiff in the above-captioned matter. Upon review and consideration thereof, this Court has determined that the conditions for the issuance of an order confirming the sale of defendant vessel M/V ANDY LYNN IV, official number 991186, her engines, tackle, apparel, and appurtenances, defendant vessel, M/V ANDY LYNN V, official number 1029251, her engines, tackle, apparel, and appurtenances, and defendant vessel, M/V ANDY LYNN VI, official number 503153, her engines, tackle, apparel, and appurtenances, to Gilbert C. Sullivan, Jr. free and clear of all liens and encumbrances is appropriate, and that the Clerk shall enter the confirmation and transmit the confirmation to the United States Marshal directing him to deliver the said vessels and issue a bills of sale upon the payment by plaintiff, Gilbert C. Sullivan, Jr., of the balance of $74,418.77 owing to defendant, Eastern Bank, and the balance of $118,622.44, owing to defendant, Mayflower Co-Operative Bank. This Court has also reviewed the Motion for Order Holding Mortgagees' Equally Liable for Fees In Custodia Legis, filed by plaintiff in

the above-captioned matter. Upon review and consideration thereof, this Court has determined that the conditions for the issuance of an order confirming that the defendant, Eastern Bank, and plaintiff, Gilbert C. Sullivan, Jr., share in the fees *in custodia legis*, on a pro rata basis, for the M/V ANDY LYNN IV, official number 991186, her engines, tackle, apparel, and appurtenances, and the M/V ANDY LYNN V, official number 1029251, her engines, tackle, apparel, and appurtenances, are warranted. This Court has also determined that the conditions for the issuance of an order confirming that the defendant, Mayflower Co-Operative Bank, and plaintiff, Gilbert C. Sullivan, Jr., share in the fees *in custodia legis*, on a pro rata basis, for the M/V ANDY LYNN VI, official number 503153, her engines, tackle, apparel, and appurtenances are warranted. Accordingly, it is hereby:

**ORDERED** that the sale of the defendant vessel M/V ANDY LYNN IV, official number 991186, her engines, tackle, apparel, and appurtenances, defendant vessel, M/V ANDY LYNN V, official number 1029251, her engines, tackle, apparel, and appurtenances, and defendant vessel, M/V ANDY LYNN VI, official number 503153, her engines, tackle, apparel, and appurtenances, to Gilbert C. Sullivan, Jr. free and clear of all liens and encumbrances, is confirmed; and

**ORDERED**, that the Clerk of this Court shall enter the confirmation and transmit the confirmation to the United States Marshal directing him to deliver the said vessels and issue bill of sales for said vessels to plaintiff, Gilbert C. Sullivan, Jr., upon plaintiff, Gilbert C. Sullivan Jr.'s, payment of the balance owed to defendant, Eastern Bank, in the amount of $74,418.77 and upon plaintiff, Gilbert C. Sullivan, Jr.'s, payment of the balance owed to defendant, Mayflower Bank, in the amount of $118,622.44; and

*ORDERED,* that the U.S. Marshal Service return to plaintiff, Gilbert C. Sullivan, Jr., the amount of $30,000.00 which he deposited in order to secure his bid at the time of the sale of said vessels; and

*ORDERED* that defendant, Eastern Bank, share in the fees *in custodia legis* for the M/V ANDY LYNN IV, official number 991186, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $1,075.12 to Brewer Plymouth Marine and $351.39 to the U.S. Marshal Service; and,

*ORDERED* that plaintiff, Gilbert C. Sullivan, Jr., share in the fees *in custodia legis* for the M/V ANDY LYNN IV, official number 991186, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $6,377.23 to Brewer Plymouth Marine; and $359.94 to the U.S. Marshal Service; and,

*ORDERED* that defendant, Eastern Bank, share in the fees *in custodia legis* for the M/V ANDY LYNN V, official number 1029251, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $727.92 to Brewer Plymouth Marine and $526.35 to the U.S. Marshal Service; and,

*ORDERED* that plaintiff, Gilbert C. Sullivan, Jr., share in the fees *in custodia legis* for the M/V ANDY LYNN V, official number 1029251, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $4,045.42 to Brewer Plymouth Marine and $1,534.98 to the U.S. Marshal Service; and

*ORDERED* that defendant, Mayflower Co-operative Bank, share in the fees *in custodia legis* for the defendant vessel, M/V ANDY LYNN VI, official number 503153, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $2,442.50 to Brewer Plymouth Marine and $795.77 to the U.S. Marshal Service; and

***ORDERED*** that plaintiff, Gilbert C. Sullivan, Jr., share in the fees *in custodia legis* for the M/V ANDY LYNN VI, official number 503153, her engines, tackle, apparel, and appurtenances, and be responsible for payment of fees of $9,502.18 to Brewer Plymouth Marine and $1,370.56 to the U.S. Marshal Service.

Dated at Boston, Massachusetts on this 30th day of September, 2010.

Douglas P. Woodlock, District Judge
United States District Court



Jointly Submitted by:
Samuel P. Blatchley (BBO No. 670232)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, Rhode Island 02903
Tel. (401) 861-8200

David Gallagher, Esq. (BBO No. 183120)
REGNANTE, STERIO & OSBORNE LLP
401 Edgewater Place, Suite 630
Wakefield, MA 01880-6210
Tel. (781) 246-2525

Martha J. Awiszus, Esq. (BBO No.024595)
WINOKUR, SERKEY & ROSENBERG, P.C.
81 Samoset Street
Plymouth, MA 02360
Tel. 508-746-1023

1257590_1/9373-2